# Court of Appeals
# of the State of Georgia

ATLANTA,_ June 15, 2021_____

*The Court of Appeals hereby passes the following order:*

**A21A1512. TORREY BORDERS v. THE STATE.**

In 2004, Torrey Borders was convicted of aggravated child molestation and other offenses. Borders's conviction was affirmed on direct appeal. See *Borders v. State*, 285 Ga. App. 337 (646 SE2d 319) (2007); see also *Borders v. State*, Case No. A15A2189 (Feb. 17, 2016). Subsequently, Borders filed an extraordinary motion for new trial, which the trial court denied on July 6, 2018. Borders filed an application for discretionary review of the July 6, 2018 order, which this Court denied. See *Borders v. State*, Case No. A19D0035 (Aug. 23, 2018). Borders also filed the instant direct appeal of the July 6, 2018 order. We lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by discretionary application. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). In addition, our denial of Borders's discretionary application was a decision on the merits regarding the July 6, 2018 order, and the doctrine of res judicata bars any subsequent appeals from the same order. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/15/2021__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*